IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL SUTTON,** AND **KENNY PHILLIPS,**<br><br>        Plaintiffs,<br><br>-vs-<br><br>**DANIEL LENTZ, ET AL.,**<br><br>        Defendants. | Case No. 1:23-cv-01878<br><br>**Judge David A. Ruiz**<br><br><u>**MOTION TO WITHDRAW AS COUNSEL**</u> |

Notice is hereby given that Attorney M. Caroline Hyatt withdraws as counsel for Plaintiffs Michael Sutton and Kenny Phillips.  Attorneys Jacqueline Greene, Sarah Gelsomino, and Elizabeth Bonham remain as counsel of record for Plaintiffs Michael Sutton and Kenny Phillips.

The Clerk of Courts is requested to change the docket sheets to reflect this withdrawal of counsel, and all counsel and parties are requested to serve all future pleadings notices and orders to Jacqueline Greene, Sarah Gelsomino, and Elizabeth Bonham.

Respectfully submitted,

*/s/ M. Caroline Hyatt*
M. Caroline Hyatt (0093323)
**FRIEDMAN GILBERT + GERHARDSTEIN**
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
T: (513) 572-4200 / F: (216) 621-0427
caroline@FGGfirm.com

*s/ Jacqueline Greene*
Jacqueline Greene (0092733)
**FRIEDMAN GILBERT + GERHARDSTEIN**
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
T: (513) 572-4200 / F: (216) 621-0427
jacqueline@FGGfirm.com

1

Sarah Gelsomino (0084340)
Elizabeth Bonham (0093733)
**FRIEDMAN GILBERT + GERHARDSTEIN**
50 Public Square, Suite 1900
Cleveland, Ohio 44113
T: (216) 241-1430 / F: (216) 621-0427
sarah@FGGfirm.com
elizabeth@FGGfirm.com

*Counsel for Plaintiffs*

### Certificate of Service

I hereby certify that on July 30, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ M. Caroline Hyatt*
M. Caroline Hyatt
*One of the Attorneys for Plaintiffs*
