# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **Michael Sutton, *et al.*,** | ) | **Case No. 1:23-CV-01878** |
| | ) | |
| **Plaintiffs,** | ) | **Judge David A. Ruiz** |
| | ) | |
| **vs.** | ) | **NOTICE OF SERVICE OF SUBPOENA** |
| | ) | **FOR PRODUCTION OF DOCUMENTS** |
| **Daniel Lentz, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Under Civ. R. 45(b), the undersigned files this Notice confirming service of the attached Subpoena upon the Ohio Department of Rehabilitation and Corrections, 4545 Fisher Road, Suite D, Columbus, OH  43228. A Proof of Service is attached as Exhibit A.

Respectfully submitted,

*/s/  Kenneth A. Calderone*
Kenneth A. Calderone (0046860)
John D. Latchney (0046539)
Michael Ockerman (0053403)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH  44333
Telephone:  (330) 670-7324 / (330) 670-7602
(330) 670-7338
Facsimile:   (330) 670-7440 / (330) 670-7458
(330) 670-7462
Email:  *kcalderone@hcplaw.net*
*jlatchney@hcplaw.net*
*mockerman@hcplaw.net*
*Attorneys for Defendants Daniel Lentz,*
*Michael Keane, and Carl Hartman*