**IT IS SO ORDERED.**
s/*David A. Ruiz*
U.S. District Judge
October 27, 2025

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Michael Sutton**, *et al.*, | ) | Case No. 1:23-CV-01878 |
| | ) | |
| Plaintiffs, | ) | Judge David A. Ruiz |
| | ) | |
| vs. | ) | |
| | ) | |
| **Daniel Lentz**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND EXPERT DEADLINES**

The Parties in this case have worked cooperatively through the fact discovery phase of this case. The Parties are now engaging and consulting with experts who may testify in this case. Due to pre-existing personal and professional commitments of experts, along with professional commitments of counsel, some experts cannot adequately complete work necessary to prepare their reports. Therefore, the Parties jointly request a slight extension of the current case management deadlines for producing expert reports and rebuttal expert reports as follows:

| | **Proposed New Deadline** |
|---|---|
| **Expert Reports** | November 26, 2025 |
| **Rebuttal Expert Reports** | January 13, 2026 |

These extended deadlines will not impact any other current case management deadlines. Further, the extended deadlines are requested in good faith, for good cause, will not unfairly prejudice any party, and have not been made for the purpose of undue delay.