# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **MICHAEL SUTTON**, AND **KENNY PHILLIPS**,<br><br>　　　　Plaintiffs,<br><br>-vs-<br><br>**DANIEL LENTZ, ET AL.**,<br><br>　　　　Defendants. | Case No. 1:23-cv-01878<br><br>Judge Ruiz<br>Magistrate Judge Greenberg<br><br>**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR COURT TO ORDER RELEASE OF GRAND JURY TRANSCRIPTS** |

**PLAINTIFFS' MOTION FOR COURT TO ORDER RELEASE OF GRAND JURY TRANSCRIPTS**

Plaintiffs Michael Sutton and Kenny Phillips respectfully request that the Court enter an order requiring the Cuyahoga County Court of Common Pleas to release the transcript of the 2006 grand jury proceedings in *State of Ohio v. Kenny Phillips, et al.*, Case No. CR-06-481840.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Sarah Gelsomino*
　　　　　　　　　　　　　　　　　　FG+G
　　　　　　　　　　　　　　　　　　Sarah Gelsomino (0084340)
　　　　　　　　　　　　　　　　　　Elizabeth Bonham (0093733)
　　　　　　　　　　　　　　　　　　50 Public Square, Suite 1900
　　　　　　　　　　　　　　　　　　Cleveland, OH 44113-2205
　　　　　　　　　　　　　　　　　　T: 216-241-1430
　　　　　　　　　　　　　　　　　　F: 216-621-0427
　　　　　　　　　　　　　　　　　　sarah@FGGfirm.com
　　　　　　　　　　　　　　　　　　elizabeth@FGGfirm.com

　　　　　　　　　　　　　　　　　　Jacqueline Greene (0092733)
　　　　　　　　　　　　　　　　　　35 East 7th Street, Suite 201
　　　　　　　　　　　　　　　　　　Cincinnati, OH  45202
　　　　　　　　　　　　　　　　　　T: 513-572-4200
　　　　　　　　　　　　　　　　　　F: 216-621-0427
　　　　　　　　　　　　　　　　　　jacqueline@FGGfirm.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on February 5, 2026, I filed a copy of the foregoing using the Court's CM/ECF system. All parties will receive notice and service through that system.

*/s/ Sarah Gelsomino*
Sarah Gelsomino (0084340)
*One of the Attorneys for Plaintiff*