**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Michael Sutton, *et al.,*** | ) | **Case No. 1:23-CV-01878** |
| | ) | |
| **Plaintiffs,** | ) | **Judge David A. Ruiz** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Daniel Lentz, *et al.,*** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DEFENDANT DANIEL LENTZ AND MICHAEL KEANE'S MOTION FOR SUMMARY JUDGMENT

Defendants Daniel Lentz and Michael Keane, pursuant to Fed. R. Civ. Proc. 56(a), hereby move this Court for summary judgment in their favor. A Memorandum in Support of this Motion is attached hereto and incorporated herein by reference.

Respectfully submitted,

*/s/ Kenneth A. Calderone*
Kenneth A. Calderone (0046860)
John D. Latchney (0046539)
Michael Ockerman (0053403)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH  44333
Telephone:  (330) 670-7324 / (330) 670-7602
                    (330) 670-7338
Facsimile:   (330) 670-7440 / (330) 670-7458
                    (330) 670-7462
Email:  kcalderone@hcplaw.net
             jlatchney@hcplaw.net
             mockerman@hcplaw.net
*Attorneys for Defendants Daniel Lentz,*
*Michael Keane, and Carl Hartman*

HCP #1452436