# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **Michael Sutton,** *et al.,* | ) | **Case No. 1:23-cv-01878** |
| | ) | |
| **Plaintiffs,** | ) | **Judge David A. Ruiz** |
| | ) | |
| **vs.** | ) | **DEFENDANTS' UNOPPOSED MOTION** |
| | ) | **FOR EXTENSION OF TIME TO FILE** |
| **Daniel Lentz,** *et al.,* | ) | **REPLY BRIEFS TO PLAINTIFFS'** |
| | ) | **MEMORANDUMS IN OPPOSITION TO** |
| **Defendants.** | ) | **DEFENDANTS' MOTIONS FOR** |
| | ) | **SUMMARY JUDGMENT** |
| | ) | |
| | ) | |
| | ) | |

Defendants Daniel Lentz, Michael Keane, and Carl Hartman respectfully move for an extension of twenty days (20), until and including June 11, 2026, to file their Reply Briefs to Plaintiffs' Memorandums in Opposition to Defendants' Motions for Summary Judgment.

Due to Defense counsel being out of town, along with the press of business and services, including assisting one client who had an unexpected crisis, Defense Counsel requests additional time to complete their Reply Briefs.

Plaintiffs will not be prejudiced in the granting of this Motion as Plaintiffs too requested an extension when filing their Briefs. In the interest of fairness, and for good cause shown, this unopposed Motion should be granted.

Respectfully submitted:

/s/  Kenneth A. Calderone

Kenneth A. Calderone (0046860)
John D. Latchney (0046539)
Michael Ockerman (0053403)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH  44333
Telephone:  (330) 670-7324 / (330) 670-7602
     (330) 670-7338
Facsimile:  (330) 670-7440 / (330) 670-7458
     (330) 670-7462
Email:  kcalderone@hcplaw.net
   jlatchney@hcplaw.net
   mockerman@hcplaw.net
*Attorneys for Defendants Daniel Lentz, Michael Keane, and Carl Hartman*

4896-7164-9452, v. 1

2